# Court of Appeals
# of the State of Georgia

ATLANTA,   July 31, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1993, A14A1994.  SAMUEL JONES v. GEORGIA DEPARTMENT OF HUMAN RESOURCES.**

The Georgia Department of Human Services brought an action against Samuel Jones, seeking to collect past-due child support. The superior court entered a contempt order on March 26, 2013, and Jones appealed.  However, on August 12, 2013, the trial court dismissed his appeal based on his failure to pay appeal costs. Jones filed a notice of appeal from the dismissal order, which has been docketed as Case No. A14A1993.  Subsequently, on January 2, 2014, the superior court entered an order waiving Jones's arrearage and closing the case.  Jones's appeal from that order has been docketed as Case No. A14A1994.

We lack jurisdiction to review the trial court's orders.  Because this case involves the collection of child support, it is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2).  See *Collins v. Davis*, 318 Ga. App. 265, 266 (1) (733 SE2d 798) (2012); *Booker v. Ga. Dept. of Human Resources*, 317 Ga. App. 426 (731 SE2d 110) (2012).  Appeals in such matters must be taken by application for discretionary appeal.  See *Booker*, supra. Jones's failure to follow the appropriate appellate procedure deprives us of jurisdiction to consider his appeals, which are therefore DISMISSED.  Id.



*Court of Appeals of the State of Georgia*

 *Clerk's Office, Atlanta,* 07/31/2014

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*